**Melvin Leroy TYLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 75368.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 18, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 24, 2000.

Application for Transfer Denied
June 27, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES BLACKMAR, Sr.J.

### *ORDER*

PER CURIAM.

Melvin Leroy Tyler ("Movant") appeals from the judgment denying his Rule 27.26 motion to vacate, set aside or correct his judgment and sentence without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's determination is not clearly erroneous. Rule 27.26(j). An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion, for the use of the parties only, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).